IN CLERKS OFFICE ed States District Court

2020 JAN -3 PM 2:12 For the District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS. Defendants

Defendant No. 5
                    Christina Ruccio
                    Director of Women's Programming
                    20 Bradston St
                    Boston, Suffolk County
                    Massachusetts 02118

Defendant No. 6
                    Naphcare
                    Contracted medical provider For
                    Suffolk County House of correction
                    2090 Columbiana RD. Ste 4000
                    Birmingham, AL 35216

Attachment #2

United States District Court
for the
District of Massachusetts

## Basis for Jurisdiction

1.        This court has Jurisdiction over these Claims pursuant to 28 U.S.C §§ 1331, 1343 and 1367. Many of my claims arise under federal law, including the ADA, 42 U.S.C § 1210| et seq.; The Rehabilitation Act of 1973, 29 U.S.C. § 701, et Seq.; The Civil Rights Act, 42 U.S.C § 1483; and the Fourteenth Amendment to the United States Constitution Such as The Equal Protection Clause and the Due process Clause. Venue is proper in this District Under 28 U.S.C. § 1391.

United States District Court
for the
District of Massachusetts

<u>Statement of Claim</u>

1.        I am a transgender female and have
been diagnosed with gender Dysphoria over a
year ago. I have been living as a women for
about three years now and have been on hormones
since Nov. 1st 2018. Also my gender marker with
Massachusetts R.M.V reflects my gender identity.

2.        I arrived at Suffolk county H.O.C on
4-10-19. I have been requesting to be housed on
a female unit since the time I arrived at
Suffolk county H.O.C. I have spoken to my case worker
Mental health worker, the classification team at
Suffolk county H.O.C, ADS/Major of classification
Zezinha Mitchell, Superintendent Yolanda Smith
and many others all of which have denied my
request to be housed on a female unit. The reasons
they give me for denying my request are simply put
as, "Male parts Male unit", or, "we currently do Not
Mix different genders at this facility." These people
refuse to treat me the same as the other women
housed at the Jail. I feel extremely discriminated
against causing my Dysphoria revolving around my
gender identity to worsen.

3.     I have filed two grievances which still deny my request to be housed on a female unit. I then appealed the denied grievances on 7-3-19. Superintendent Yolanda Smith met with me in person on 1-8-2 unit (a male protective custody unit in which I was living on at the time) in regards to my grievance appeal forms on 7-10-19. She again denied my request to be housed on a female unit. Yolanda Smith did agree to allow me to attend women's programming which I attended for the first time on 7-26-19.

4.     On 7-29-19 I had Superior court in Fall River. I requested the Judge to recommend for me to be housed with same gender identity inmates. This Judge granted my request on that date. On 7-30-19 I met with ADS/Major of classification Zezinha Mitchell and informed her of the Judge's recommendation. Zezinha Mitchell told me she would call Superintendent Yolanda Smith. Zezinha Mitchell then came back to me about 20 mins. later and said to me, "we can't mix genders at this time". She then said, "you have two options, remain on 1-8-2 unit and continue to attend womens programs or we can send you back to Bristol county". I chose to stay at Suffolk county H.O.C due to the safety risks I'd be taking if I went back

to Bristol County. I also informed Zezinha Mitchell that she was discriminateing against me and that I would be Filing in federal court.

5.        On 8-2-19 at around 1:05pm Yolanda Smith and Zezinha Mitchell met with me again on 1-8-2 unit regarding my statement to Zezinha Mitchell on 7-30-19 about Filing in Federal Court. Yolanda Smith informed me that she would send me back to Bristol County before allowing me to File. Yolanda Smith continues to deny my request to be housed on a female unit. When I asked her why I could not be housed on a female unit she told me that she did not have to disclose that information to me.

6.        I have voiced my concerns of being housed on a male unit in general but especially on 1-8-2 male protective custody unit many times with my mental health worker, case worker and Zezinha Mitchell. I also wrote grievances about it. Houseing me on 1-8-2 unit makes me extremely uncomfortable due to the fact that I'm a women Forced to live and eat around men and some of these men are on 1-8-2 unit for sexual crimes. Having been victim of sexual assault before makes this living

Situation extremely unbearable, have made my depression, Anxiety and Dysphoria worse. I am living in constant fear of being assaulted physically either sexually or violently due to the fact that I am a women on a male unit. In fact on 9-8-19 I was sexually assaulted on 1-8-2 unit by a male inmate. I reported this with Suffolk County H.O.C. I was then moved to 1-5-1 unit after the investigation was concluded. It was founded by Suffolk County H.O.C's special investigations division that my statements were true. 1-5-1 unit where I am housed now is still a male protective custody unit and some of these men have been convicted of sexual crimes.

7.      When I was housed on 3-3 unit (a male general population unit) I was threatened with physical violence by many of the male inmates housed thier. I informed the unit officer and I was moved to a segregation unit (1-3-1) for about 3 days pending a classification hearing which I requested to be housed on a female unit. My request was denied and I was moved to 1-8-2 unit.

8.      I have also requested to be better accommodated medically for my gender

Dysphoria diagnosis specifically electrolysis. I have submitted two "Sick call slips" and a grievance all of which gave me a responce of "Not medically indicated". Electrolysis is a nessasary medical procedure for transgender women because without it the patient can not move forward with their gender transistion with gender reassignment surgery. Also, having to live as a women with male body hair and facial hair triggers Dysphoric thoughts and depression. Electrolysis is part of the standards of medical care set forth by WPATH (world professional Association for Transgender Health).

9.        In short, I am a women being forced to eat and live with men and without appropriate, reasonable accommodations that I need for the treatment of my gender Dysphoria.

10. —        I  therefore bring claims for violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; the Rehabilitations Act of 1973, 29 U.S.C. § 701, et seq.; the Civil Rights Act, 42 U.S.C. 1983; the Equal Protection Clause and the Due Process Clause of the Fourteenth Amendment to the United States Constitution; and the equality and due process guarantees secured by Part 1, Articles I and VII, among others, of the Massachusetts Constitution; and Articles 106 and 114 of the Massachusetts Constitution. I am seeking

injunctive relief, attorneys' fees, and all other appropriate relief.

United States District Court
for the District of Massachusetts


Prayer For Relief


Wherefore, I respectfully Pray that this Court:

A.) Enter Judgement in favor of Plaintiff against Defendants on each of the Counts in this complaint;

B.) Issue injunctive Relief against Defendants ordering Defendants not to discriminate against me on the basis of my Transgender Status, My gender identity, My Sex, and /or my disability, including but Not limited to ordering Defendants to:

1.) Treat me the same as all other female inmates held by Suffolk County H.O.C;

2.) House me on a womens unit at Suffolk County H.O.C;

3.) Discipline all Suffolk County H.O.C staff who fail to appropriately accommodate, treat and communicate with individuals with gender Dysphoria;

4.) Refer to me by my chosen female Name;

5.) Use only Female Pronouns when speaking to or about me;

Attachment # 4

6.) Provide me access to electrolisis and to follow the standards of care for treatment of gender Dysphoria, established by the world professional Association for Transgender Health (WPATH);

7.) Award me My reasonable costs and expenses of this Action Including any such attorney fees;

8.) Compensatory damages in the amount of $500 per day while housed with Male inmates;

9.) Punative damages in the amount of One Million dollars for the Defendants egregious actions and inAction in this Matter;

10.) A public apology and order to prevent any and all future harm to Transgender inmates.

11.) Grant Such other and Further relief as this Honorable court considers Just and proper;



# PRISONERS' LEGAL SERVICES OF MASSACHUSETTS

✉ 50 Federal Street, 4th Floor • Boston, MA 02110      🌐 www.plsma.org

⬛ fb.me/prisonerslegalservices                                  🅘 @PLSMA

☎ Main: 617-482-2773                                          📠 Fax: 617-451-6383

State prisoner speed dial: 9004 or 9005 • County prisoner collect calls: 617-482-4124

October 2, 2019

Yolonda Smith
Superintendent
South County HOC
20 Bradston Street
Boston, MA 02118



**Re:   Jennaya Bennett-Werra, 183905**

Dear Superintendent Smith:

I am writing on behalf of Jennaya Bennett-Werra, who is incarcerated at Suffolk County HOC.

Ms. Bennett-Werra identifies as female and has been prescribed hormones by her providers at the jail. She reports she is taken to programs with other female prisoners and goes to the library with female prisoners. She reports there have been no issues during the time she is with female prisoners.

Ms. Bennett-Werra reports that Suffolk county officials will not house her with other females as stated in the Criminal Justice Reform Act (CJRA). Mass. Gen. Laws Ann. ch. 127, § 32A provides:

A prisoner of a correctional institution, jail or house of correction that has a gender identity, as defined in section 7 of chapter 4, that differs from the prisoner's sex assigned at birth, with or without a diagnosis of gender dysphoria or any other physical or mental health diagnosis, shall be: (i) addressed in a manner consistent with the prisoner's gender identity; (ii) provided with access to commissary items, clothing, programming, educational materials and personal property that is consistent with the prisoner's gender identity; (iii) searched by an officer of the same gender identity if the search requires an inmate to remove all clothing or includes a visual inspection of the anal cavity or genitals; provided, however, that the officer's gender identity shall be consistent with the prisoner's request; and provided further, that such search shall not be conducted for the sole purpose of determining genital status; and **(iv) housed in a correctional facility with inmates with the same gender identity; provided further, that the placement shall be consistent with the prisoner's request, unless the commissioner, the sheriff or a designee of the commissioner or sheriff certifies in writing that the particular**

**placement would not ensure the prisoner's health or safety or that the placement would present management or security problems.**

Ms. Bennett-Werra reports she has consistently made requests to be housed with members of her own gender but this request has not been granted.  Please grant Ms. Bennett-Werra a transfer to the women's unit at Suffolk County.

I am seeking releases signed by Ms. Bennett-Werra.  I will forward the releases when I receie them.  I look forward to your response to Ms. Bennett-Werra's housing needs and this letter.

Sincerely,

Al Troisi
Paralegal

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 7-2-19 _____ DATE / TIME INCIDENT 6-27-19 / 6-57 / 7-1-19 LOCATION OF INCIDENT: 1-8-2 ___

HOUSING UNIT: 1-8-2 _____ NAME: James Bennett Werra _____ BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

❑ **Emergency** *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

| Describe the grievance, be specific, include names and dates |
|---|
| I have filed 2 med slips asking to be better Accomodated with the treatment regarding my gender Dysphoric. I asked to have better the chance to see an electralisist to remove body hair. This is a Nessesary Medical Procedure in treating people with gender Dysphoria because if you don't have the lazer hair removal Done one can not have the Sex reassignment surgery. On both of my med slips that I give a response of Not medically indicated but it is. |

SUGGESTED REMEDY: I would like to be better accomodated medically for my gender Dysphoria and get the chance to see an electralisist thank you and thank you.

Inmate signature *Jannell Bonnell - Werra* _____ Date 7-2-19 _____

### DO NOT WRITE BELOW THIS LINE

| Report Number: 6190466 | Decision: | ☑ RETURNED | COMMENTS *(IF REFERRED, specify to whom and why)*: |
|---|---|---|---|
| Date Received: 7-3-19 | | ☐ DENIED | |
| Appeal Date: | | ☐ RESOLVED | |
| | | ☐ REFERRED | |
| **REASON(S) FOR DECISION:** See attached per company bypass in Medical | | | |

**Institutional Grievance Coordinator:** *O. Sullivan* _____ Date: 7-5-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)



Suffolk
20 Bradston Street
Boston, MA 02118

7/5/2019 11:24:21 AM Eastern Daylight Time

**PICTURE
NOT AVAILABLE**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | BENNETT-WERRA, JAMES | **#:** | (165359) 1902435 | **Lang:** | |
| **DOB:** | 8/22/1997 (Age=21) | **Sex:** | M | **Race:** | W |
| **Housing:** | HOC-1-08-2-14-A | **SSN:** | **HIDDEN** | **Type:** | |
| **Status:** | ACTIVE | **Booking Date:** | 4/10/2019 1:21:00 PM Eastern Daylight Time | **Release:** | |

**Grievance**

| Date Of Grievance: | Date Received: | Date of Response: | Closed |
|---|---|---|---|
| 6/27/2019 | 7/3/2019 | 7/4/2019 | |

Grievance Types:
Dissatisfied with quality of medical care

Description:
You would like to be better accommodated for your Gender Dysphoria by having Electrolysis.

Response:
Unfortunatley, Electrolysis is not medically indicated.



# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 10-23-19 _____ DATE / TIME INCIDENT 10-23-19 8:10am LOCATION OF INCIDENT: 1-4-2

HOUSING UNIT: 1-4-2 _____ NAME: James Bennett-Werra _____ BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

❑ **Emergency** *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

| Describe the grievance, be specific, include names and dates |
|---|
| The black LT. Bald with glasses entered the 1-4-2 while I was on rec time I was asking someone 4 soap to take a shower because the co's didn't have any soap packets. The LT. told me to get off the bar calling me "the Nate Man" He continued to call me a man and told me to write a Grievance saying things like "the fuck has this world come too"+ I told him that he was being an asshole and that I would write a Grievance on him. This is another ___ example of how I'm not being treated. How I should be and that its blatant Discrimination. None of the other women get harrassed by co's or called by a different gender. |

SUGGESTED REMEDY: This LT. Needs to be reprimanded and educated on how to treat people. He told me to write a Grievance because he thinks he can treat people anykite of way without consequence. He Needs to know that this is Not true.

Inmate signature ~James Bennett-Werra~ _____ Date 10-23-19

## *DO NOT WRITE BELOW THIS LINE*

| Report Number: G 190855 | Decision: | ☑ RETURNED | **COMMENTS** *(IF REFERRED, specify to whom and why):* |
|---|---|---|---|
| Date Received: 10-28-19 | | ☐ DENIED | |
| Appeal Date: | | ☐ RESOLVED | |
| | | ☐ REFERRED | |

| **REASON(S) FOR DECISION:** Per Sup McCarthy: All Staff has been trained on how to respond and interact with regard to transgender inmates. |
|---|

**Institutional Grievance Coordinator:** _____ **Date:** 10/30/19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 7-24-19   DATE / TIME INCIDENT 7-24-19   LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2   NAME: James Beanett-werra   BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☑ **Emergency**   *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

| Describe the grievance, be specific, include names and dates |
|---|
| My Prea rights are being violated because I'm a high Potential Risk of being a victim of Prea Due to being transgender, being small in size, My Age, and the fact that I've already been a victim of Prea in Bristol county. I'm being housed with people who are high potential predator Due to their sex crimes. Also, My Prea rights are being violated because I've reported being sexual Assaulted in a previous Jail and Never seen the Prea coordinator. I have mentioned Many times that I feel exticuley uncomfortable being housed on this unit to Mental health and My casework and Womens programming. |

**SUGGESTED REMEDY:** I would like to go to the female unit, see Classifaction and see the prea coordinator.

Inmate signature _Kermll Bennett-Welha_   Date 7-24-19

### DO NOT WRITE BELOW THIS LINE

| Report Number: G190551 | Decision: | ☐ RETURNED | COMMENTS *(IF REFERRED, specify to whom and why):* |
|---|---|---|---|
| Date Received: 7/30/19 | | ☐ DENIED | |
| Appeal Date: | | ☒ RESOLVED | |
| | | ☐ REFERRED | |

**REASON(S) FOR DECISION:** The incident in Bristol is still being investigated. You are on a house alone status. You will be attending programs with the females.

**Institutional Grievance Coordinator:** _____   **Date:** 7-30-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 6-21-19 _____ DATE / TIME INCIDENT 6-21-19 _____ LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2 _____ NAME: James Bennett-Werra _____ BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ **Emergency** *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

| Describe the grievance, be specific, include names and dates |
|---|
| I Requested to move to the Female Unit through my Case Worker, but she said I Need to Ask the Superintendant. So I Wrote the Superintendant over Two Weeks Ago And Recieved No Response. I Also wrote A Letter to Major Thomas And Requested to be moved at my last classification hearing. |

SUGGESTED REMEDY: hear A Response From the Superintendant so I can move to A Female Unit. Thank You.

Inmate signature James Bennett-Werra _____ Date 6-21-19

---

### *DO NOT WRITE BELOW THIS LINE*

| Report Number: 1902447 | Decision: | ☐ RETURNED | *COMMENTS (IF REFERRED, specify to whom and why):* |
|---|---|---|---|
| Date Received: 6-24-19 | | ☑ DENIED | |
| Appeal Date: | | ☐ RESOLVED | |
| | | ☐ REFERRED | |

| REASON(S) FOR DECISION: You will not move to a female unit at this time. You may participate in the transgender support group. |
|---|

**Institutional Grievance Coordinator:** M Keller _____ **Date:** 6-25-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 9-23-19    DATE / TIME INCIDENT 9-16-19 to 9-20-19   LOCATION OF INCIDENT: 1-5-1 women programs

HOUSING UNIT: 1-5-1    NAME: James Bonnett-Werra    BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ **Emergency**   *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

| Describe the grievance, be specific, include names and dates |
| --- |
| On 9-17-19 Christina Ruccio came to talk to me on 1-5-1 unit to explain why I was taken off the womens programs list. She told me the reason why is because of a Disciplinary Report I was given on 9-5-19. She said that I would lose my program privleges for the week of 9-16-19 – 9-20-19. I Attended programs today on 9-23-19 and was told that the other inmate involved in my Disciplinary report did Not lose her program privileges but still recieved the 48 hour restricted movement. It is Not fair to punish me Twice with 48 hour restricted movement and a week of lost programs and the other inmate was Not. This is blantant Discrimination against me why am I being treated Differently than the other women involved in the Disciplinary report. |

| SUGGESTED REMEDY: I want to be housed on a womens unit to Avoid further Discrimination. I want to be treated the same as all other women. I want to be able to Attend more womens Programs. |
| --- |

Inmate signature: James Bonnett-Werra    Date 9-23-19

### DO NOT WRITE BELOW THIS LINE

| Report Number: 7190751 | Decision: | ☐ RETURNED | *COMMENTS (IF REFERRED, specify to whom and why):* |
| --- | --- | --- | --- |
| Date Received: 10-2-19 | | ☒ DENIED | |
| Appeal Date: | | ☐ RESOLVED | |
| | | ☐ REFERRED | |

| REASON(S) FOR DECISION: Ms. Ruccio spoke to you and the other detainee about the incident. |
| --- |

**Institutional Grievance Coordinator:** _____    **Date:** 10/8/19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision is final.*

S491
3pt (Revised 5/14)

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name _Jenny _____ I.D.# _1962435_____ Date sent: _11_/_19_/_19_

**Reason for Appeal:** My Pay, as well as with the other women is being taken away because of a Pretext that is Not true. Also Its Not fair that I get oppressions when many of the other women who were Notes + Grievances and that are not well put at it is extraordinary clear to me that people are trying everything they can do to turn me from the inmate line with the other women. If I was housed on a unit as just this wouldn't be an Issue and I feel like I would be treated equally to other women if I was housed with them.

**Remedy:** _(see continuation above)_

_I would like the 10 days as a Remedy back. The ___ ___ should be lifted ___ should be ___ Note, as many was accused and so fault by myself and others, each inadvertently ___ if be honest or unfair that I have the being held alone. In order to prevent further discrimination, there I am being housed as I was, so I presume I be with the female inmates than the ___._

Jennifer _(Grievant Signature)_                                     _11_/_19_/_19_ Date

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date Received: _12_/_2_/_16_          Grievance # _GM0909_

Decision _Resolved_

Reason(s) _Jennifer ___ was able to speak to ___ about every ___ ___ placide ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

_____ Superintendent/desingee                      __/__/_19_ Date

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name _James Bennett Wells_ I.D.# _1902435_ Date sent: _7 / 9 / 19_

**Reason for Appeal:** _Appealing Grievance # G190484 Asking for better Accomidation for my gender Dysphoria. Electrolysis is in fact medically indicated because it has to get done before someone can move forward with Sex reassignment surgery._

**Remedy:** _I would like to have electrolysis work done as the DOC Does for people with gender Dysphoria. Please and thank you_

_Jamell Bennett-Wells_
**Grievant Signature**

_7 / 9 / 19_
**Date**

### BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE

Date Received: _7 / 15 / 19_     Grievance # _G190484_

Decision _Resolved_

Reason(s) _Please forward this request to Naphcare along with our medical Contractor and handle such issue._

_[signature]_
Superintendent/desingee

_8 / 1 / 19_
**Date**

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name _James Bennett-Wells_ I.D.# _1002435_ Date sent: _7 / 3 / 19_

**Reason for Appeal:** _According to the New criminal Reform Act and Senate bill 2407 I am supposed to be given the opportunity to be housed on a female unit Due to my gender Identity. By Not Doing so you're Not placing c and Violate my Constitutional Right amongst other rights to freedom from Discrimination._

**Remedy:** _I need to be housed on a female unit because I am a female and it is my right. I would like to be treated as another woman and not be discriminated against please and thank you._

_James Bennett-Wells_                                   _7 / 3 / 19_
**Grievant Signature**                                      **Date**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Date Received:** _7 / 9 / 19_        **Grievance #** _G190447_

**Decision** _Resolved_

**Reason(s)** _Mr. Bennett, you and I have spoken about this (issue) again. You received class in this unit, this time and once classification determined and you attend programs with this address_

_____                          _8 / 8 / 19_
Superintendent/desingee                        Date

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name James Bennett-Wells   I.D.# 1402435   Date sent: 7/3/2019

**Reason for Appeal:** All grievance decision given to me about the library was incorrect. Inmates on 1-8-2 unit Do Not have Access to the library in the 3 building like everyone else we only get Access to a little Room on the 5th floor once a week on wensday Nights and the room contains Law books and Very few Regular books.

**Remedy:** we would like to be treated equal and have access to the real library in the 3 building it is not a safty issue if the female inmates get to go too. This is unfair and violates our Equal Protection clause and Discriminates against us because we are a protected class while they be given 1 day a week to visit the 3 building library and keep our other 1 Day a week to the 5th floor Room, we could go with 1-5-2 unit just like we go to the yard together.

_Jamel Bennett Wells_   7/3/2019
**Griovant Signature**          **Date**

• • • • • • • • • • • • • • • • • • • • • • • • • • • •
### BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE
• • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date Received: 7/9/19   Grievance # G190496 & G190474

Decision ___ D ___ C/Resolved

Reason(s) _you have access to the library once in the same manner as anybody else so I like everyone make the inmates are being treated Equally_

_W/ [signature]_   8/1/19
**Superintendent/desingee**          **Date**

_[partial handwritten text] for me to coordinate that_

S491
3 pt G