**OMS** Offender Management System

# Accounting Transactions And Balances

Today's Date: 12/31/2019 11:40

| Inmate Name: BENNETT-WERRA, JAMES | Current Balance: $196.74 | Booking # 1902435 | Permanent # 165359 |

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| **Inmate Liability Account** | | | | | | | | |
| 150527 | 04/11/19 22:03 | Keefe Deposits | 425156 | | $40.00 | | | $40.00 |
| 260585 | 04/18/19 12:12 | Regular Commissary Purchase | 426801 | $39.75 | | | | $0.25 |
| 151166 | 04/19/19 18:37 | Keefe Deposits | 427199 | | $54.00 | | | $54.25 |
| 261533 | 04/25/19 05:53 | Regular Commissary Purchase | 428709 | $5.85 | | | | $48.40 |
| 261614 | 04/25/19 06:00 | Regular Commissary Purchase | 428790 | $42.80 | | | | $5.60 |
| 152221 | 04/28/19 18:07 | Keefe Deposits | 429778 | | $49.00 | | | $54.60 |
| 152244 | 04/28/19 21:17 | Keefe Deposits | 429801 | | $30.00 | | | $84.60 |
| 152585 | 04/30/19 14:55 | FS - Authorized Check Deposit | 430788 | | $10.00 | | | $94.60 |
| 152672 | 05/01/19 08:44 | Keefe Deposits | 430886 | | $34.00 | | | $128.60 |
| 263201 | 05/02/19 06:58 | Regular Commissary Purchase | 431331 | $57.13 | | | | $71.47 |
| 264922 | 05/09/19 06:15 | Regular Commissary Purchase | 434172 | $50.86 | | | | $20.61 |
| 154313 | 05/11/19 14:34 | Keefe Deposits | 435074 | | $20.00 | | | $40.61 |
| 266103 | 05/14/19 08:20 | Voided Regular Purchase | 435852 | | $4.78 | | | $45.39 |
| 154772 | 05/15/19 15:13 | Keefe Deposits | 436470 | | $50.00 | | | $95.39 |
| 266651 | 05/16/19 06:01 | Regular Commissary Purchase | 436636 | $39.25 | | | | $56.14 |
| 267714 | 05/21/19 05:54 | Regular Commissary Purchase | 438415 | $42.48 | | | | $13.66 |
| 156145 | 05/26/19 19:45 | Keefe Deposits | 439925 | | $50.00 | | | $63.66 |
| 271326 | 06/06/19 06:03 | Regular Commissary Purchase | 443961 | $19.56 | | | | $44.10 |
| 271886 | 06/10/19 10:39 | Voided Regular Purchase | 445028 | | $6.50 | | | $50.60 |
| 271887 | 06/10/19 10:39 | Voided Regular Purchase | 445029 | | $1.30 | | | $51.90 |
| 271888 | 06/10/19 10:39 | Voided Regular Purchase | 445030 | | $2.76 | | | $54.66 |
| 272931 | 06/13/19 06:16 | Regular Commissary Purchase | 446396 | $48.89 | | | | $5.77 |
| 159100 | 06/17/19 11:14 | Keefe Deposits | 447686 | | $39.00 | | | $44.77 |
| 159485 | 06/19/19 17:43 | Keefe Deposits | 448845 | | $39.00 | | | $83.77 |
| 274713 | 06/20/19 06:24 | Regular Commissary Purchase | 449209 | $41.78 | | | | $41.99 |
| 160111 | 06/24/19 20:33 | Keefe Deposits | 450694 | | $50.00 | | | $91.99 |

| Inmate Name: BENNETT-WERRA, JAMES | | | Current Balance: $196.74 | | | Booking # 1902435 | | Permanent # 165359 |
|---|---|---|---|---|---|---|---|---|
| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
| 275670 | 06/25/19 06:02 | Regular Commissary Purchase | 450770 | $40.10 | | | | $51.89 |
| 160823 | 06/30/19 19:33 | Keefe Deposits | 452164 | | $40.00 | | | $91.89 |
| 277074 | 07/02/19 06:01 | Regular Commissary Purchase | 453017 | $59.97 | | | | $31.92 |
| 161344 | 07/03/19 17:43 | Keefe Deposits | 453758 | | $50.00 | | | $81.92 |
| 278526 | 07/11/19 05:49 | Regular Commissary Purchase | 455692 | $40.25 | | | | $41.67 |
| 279822 | 07/18/19 05:37 | Regular Commissary Purchase | 457836 | $32.00 | | | | $9.67 |
| 163586 | 07/21/19 18:53 | Keefe Deposits | 458944 | | $45.00 | | | $54.67 |
| 281248 | 07/25/19 06:15 | Regular Commissary Purchase | 460080 | $51.21 | | | | $3.46 |
| 164416 | 07/28/19 16:34 | Keefe Deposits | 461114 | | $34.00 | | | $37.46 |
| 282387 | 07/30/19 09:57 | Voided Regular Purchase | 461787 | | $1.10 | | | $38.56 |
| 282680 | 08/01/19 05:31 | Regular Commissary Purchase | 462296 | $32.25 | | | | $6.31 |
| 165378 | 08/04/19 16:54 | Keefe Deposits | 463841 | | $49.00 | | | $55.31 |
| 166060 | 08/07/19 17:34 | Keefe Deposits | 465174 | | $39.00 | | | $94.31 |
| 284439 | 08/08/19 07:07 | Regular Commissary Purchase | 465327 | $31.03 | | | | $63.28 |
| 285858 | 08/15/19 06:15 | Regular Commissary Purchase | 467524 | $36.85 | | | | $26.43 |
| 167378 | 08/19/19 08:56 | Keefe Deposits | 468607 | | $44.00 | | | $70.43 |
| 287181 | 08/22/19 06:11 | Regular Commissary Purchase | 469717 | $59.10 | | | | $11.33 |
| 167898 | 08/22/19 13:09 | Keefe Deposits | 470342 | | $40.00 | | | $51.33 |
| 168313 | 08/25/19 23:09 | Keefe Deposits | 470831 | | $50.00 | | | $101.33 |
| 288535 | 08/27/19 05:56 | Regular Commissary Purchase | 471665 | $52.01 | | | | $49.32 |
| 288958 | 08/28/19 11:34 | Regular Commissary Purchase | 472200 | $13.15 | | | | $36.17 |
| 168634 | 08/28/19 18:29 | Keefe Deposits | 472259 | | $99.00 | | | $135.17 |
| 169100 | 09/01/19 17:59 | Keefe Deposits | 472844 | | $40.00 | | | $175.17 |
| 290001 | 09/05/19 06:06 | Regular Commissary Purchase | 474135 | $61.02 | | | | $114.15 |
| 290517 | 09/09/19 10:40 | Voided Regular Purchase | 475185 | | $2.92 | | | $117.07 |
| 292780 | 09/19/19 06:13 | Regular Commissary Purchase | 478852 | $58.92 | | | | $58.15 |
| 171768 | 09/22/19 16:42 | Keefe Deposits | 479675 | | $39.00 | | | $97.15 |
| 294349 | 09/26/19 06:10 | Regular Commissary Purchase | 481232 | $39.68 | | | | $57.47 |
| 172653 | 09/29/19 15:02 | Keefe Deposits | 481962 | | $45.00 | | | $102.47 |
| 294806 | 09/30/19 08:09 | Voided Regular Purchase | 482032 | | $1.59 | | | $104.06 |

**Accounting Transactions And Balances**

Inmate Name: BENNETT-WERRA, JAMES          Current Balance: $196.74          Booking # 1902435          Permanent # 165359

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 172874 | 10/01/19 14:50 | Keefe Deposits | 482715 | | $60.00 | | | $164.06 |
| 295633 | 10/03/19 06:14 | Regular Commissary Purchase | 483424 | $75.09 | | | | $88.97 |
| 296283 | 10/07/19 10:35 | Voided Regular Purchase | 484456 | | $1.59 | | | $90.56 |
| 173999 | 10/09/19 12:27 | Keefe Deposits | 485290 | | $30.00 | | | $120.56 |
| 296915 | 10/10/19 06:06 | Regular Commissary Purchase | 485702 | $75.25 | | | | $45.31 |
| 298226 | 10/17/19 05:57 | Regular Commissary Purchase | 487716 | $41.93 | | | | $3.38 |
| 175362 | 10/19/19 11:27 | Keefe Deposits | 488741 | | $40.00 | | | $43.38 |
| 175572 | 10/21/19 16:47 | Keefe Deposits | 489053 | | $50.00 | | | $93.38 |
| 176322 | 10/26/19 22:57 | Keefe Deposits | 491008 | | $30.00 | | | $123.38 |
| 176389 | 10/27/19 19:18 | Keefe Deposits | 491076 | | $51.00 | | | $174.38 |
| 300401 | 10/29/19 07:00 | Regular Commissary Purchase | 491349 | $15.32 | | | | $159.06 |
| 302372 | 11/05/19 07:25 | Regular Commissary Purchase | 494297 | $78.13 | | | | $80.93 |
| 178369 | 11/11/19 09:23 | Keefe Deposits | 495917 | | $15.00 | | | $95.93 |
| 303276 | 11/12/19 05:53 | Regular Commissary Purchase | 496088 | $43.90 | | | | $52.03 |
| 304621 | 11/18/19 08:07 | Voided Regular Purchase | 498456 | | $3.30 | | | $55.33 |
| 305099 | 11/19/19 06:22 | Regular Commissary Purchase | 499113 | $55.06 | | | | $0.27 |
| 180280 | 11/23/19 16:33 | Keefe Deposits | 500484 | | $40.00 | | | $40.27 |
| 306699 | 11/26/19 06:04 | Regular Commissary Purchase | 501554 | $38.70 | | | | $1.57 |
| 307319 | 12/02/19 06:30 | Voided Regular Purchase | 502447 | | $38.70 | | | $40.27 |
| 181010 | 12/03/19 17:44 | Keefe Deposits | 503373 | | $34.00 | | | $74.27 |
| 308849 | 12/10/19 06:36 | Regular Commissary Purchase | 505555 | $72.68 | | | | $1.59 |
| 182909 | 12/12/19 15:44 | Keefe Deposits | 506661 | | $60.00 | | | $61.59 |
| 183119 | 12/15/19 09:15 | Keefe Deposits | 506942 | | $50.00 | | | $111.59 |
| 309913 | 12/16/19 10:08 | Voided Regular Purchase | 507372 | | $3.24 | | | $114.83 |
| 310004 | 12/17/19 07:03 | Regular Commissary Purchase | 507562 | $3.20 | | | | $111.63 |
| 310032 | 12/17/19 07:06 | Regular Commissary Purchase | 507590 | $19.90 | | | | $91.73 |
| 183884 | 12/21/19 14:25 | Keefe Deposits | 508967 | | $60.00 | | | $151.73 |
| 311388 | 12/24/19 06:23 | Regular Commissary Purchase | 509773 | $0.86 | | | | $150.87 |
| 311526 | 12/24/19 06:36 | Regular Commissary Purchase | 509911 | $77.58 | | | | $73.29 |
| 184778 | 12/29/19 18:07 | Keefe Deposits | 511045 | | $74.00 | | | $147.29 |

| Inmate Name: BENNETT-WERRA, JAMES | | | Current Balance: $196.74 | | | Booking # 1902435 | | Permanent # 165359 |
|---|---|---|---|---|---|---|---|---|

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 184881 | 12/30/19 11:57 | Keefe Deposits | 511468 | | $100.00 | | | $247.29 |
| 312572 | 12/31/19 05:57 | Regular Commissary Purchase | 511758 | $50.55 | | | | $196.74 |

| Account Type | Current Balance |
|---|---|
| Inmate Liability Account | $196.74 |
| Totals: | $196.74 |

| Assigned Cost Recovery | Balance Due |
|---|---|
| Totals: | $0.00 |

Available Balance: $196.74

```
GET /DevMgmt/DiscoveryTree.xml HTTP/1.1
Host: 127.0.0.1:8080
```