# Suffolk County Sheriff's Dept
## Inmate Disciplinary Report
### for
### BENNETT-WERRA, JAMES - 1902435         Booked: 04/10/2019

**Incident ID:** 19-1023-921
**Name:** BENNETT-WERRA, JAMES
**Report Date:** 10/23/2019       **Incident Date:** 10/23/2019
**Location:** HOC- 1 04 2
**Report Subject:** FORMAL
**Persons Involved:** BENNETT-WERRA, JAMES

**Booking Number:** 1902435
**Incident Time:** 08:10
**Event Type:** DISCIPLINARY
**Reporting Officer:** Depass, Neville
**Disposition:** Remain in Unit Pending Discipline Hearing

**Charges:**

| Charge Description | Misconduct Type | Criminal Charge Code | Notes |
|---|---|---|---|
| 1D/ Abusive or Threatening language | Formal | | |
| 3C/ Disruptive behavior | Formal | | |
| 7A/ Disobey order | Formal | | |
| 7C/ Insolence to staff | Formal | | |
| 11B/ obscene language, action, gest | Formal | | |
| 15/ Violation of rules | Formal | | |

**Initial Report:**

On 10/23/2019, while assigned on the 6:45 a.m. - 3:15 p.m. shift as building one supervisor, I Lieutenant N. De Pass, have the following to report.

At approximately 8:10 a.m., while conducting a tour and cell checks in unit 1-04-2, Inmate James Bennett-Werra #1902435 cell #08, was one of two Inmates currently out on their recreation period who were observed standing at separate cell doors talking to the locked in occupants. It is the policy within the segregation units that Inmates aren't allowed to converse at this close proximity to prohibit the flow/passing of any form of contraband.

Both Inmate were immediately ordered away from the area of their conversations, however Inmate Bennett-Werra took exception to my order and began to refer to me several times as "FUCKING ASSHOLE!!!" Inmate Bennett-Werra's insults towards me were very clear and disruptive.

As a result, Inmate Bennett-Werra was ordered to return to his cell at which time while compliantly being escorted to cell #08, stated, "I'M' NOT A MAN, I'M A FEMALE, AND YOU SHOULD RECOGNIZE" while yelling several times "FUCKING ASSHOLE!!! Inmate Bennett-Werra further threatened to write a grievance against me. End of report.

**Reporting Staff:** _[signature]_
**Reporting Staff:** Neville  De Pass   **Position:** Lieutenant
                     PRINT (FIRST)        PRINT (LAST)

☐ INMATE REFUSED INFORMAL SANCTION
☐ Oral warning
☐ Restricted movement 24 48 72 (circle one)
☐ Susp. From detail 24 48 72 (circle one)
☐ Loss of phone for 72 hrs
☐ Written reprimand
☐ Loss of visits for 72 hrs
☐ Loss of canteen for 72 hrs
☑ Referred to Classification

BEGIN: ___ AM PM ON ___
END:   ___ AM PM ON ___

INMATE SIGNATURE           DATE

☑ FORMAL HEARING REQUESTED   ☐ REFER TO S.I.D.
Inmate offered informal sanction  Yes / (No) (circle one)
_[signature]_  10/23/19
Supervisor's Signature         Date
_[signature]_  10/23/19
Shift Commander's Initials      Date
_[signature]_  10/24/19
Disciplinary Officer's Signature  Date

Printed: 10/23/2019   10:10      Page   1

## Suffolk County Sheriff's Department
## DISCIPLINARY HEARING
## FINDINGS AND SANCTIONS

Inmate Name: BENNETT-WERRA, JAMES      Incident #: 19-1023-921
Booking #: 1902435

**Disciplinary Charges**

| Disciplinary Charge | Plea | Result | Comments on Findings |
|---|---|---|---|
| 1D/ Abusive or Threatening | Not Guilty | Not Guilty | UNSUBSTANTIATED IN REPORTS. |
| 3C/ Disruptive behavior | Not Guilty | Guilty | 3 DAYS ISOLATION TIME TO SERVE. |
| 7A/ Disobey order | Not Guilty | Not Guilty | UNSUBSTANTIATED IN REPORTS. |
| 7C/ Insolence to staff | Not Guilty | Guilty | INCLUDED IN DISCIPLINE CHARGE 3C. |
| 11B/ obscene language, ac | Not Guilty | Not Guilty | UNSUBSTANTIATED IN REPORTS. |
| 15/ Violation of rules | Not Guilty | Guilty | INCLUDED IN DISCIPLINE CHARGE 3C. |

**Sanctions:**

Written Reprimand: N    Loss of Furlough: N    Restitution: $0.00

|  | # Days | Start Date | End Date |  | # Days | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| | | | | Loss of Recreation: | 0 | | |
| Discipline Isolation: | 3 | 10/29/2019 | 10/31/2019 | Loss of Common Area: | 0 | | |
| Restricted Movement: | 0 | | | Loss of Visitation: | 0 | | |
| Extra Detail: | 0 | | | Loss of Commissary: | 0 | | |
| | | | | Loss of Programs: | 0 | | |

**Custom Sanctions:**

**Statements of evidence relied upon to support finding(s):**
DISCIPLINE REPORT, INSTITUTIONAL VIDEO, DETAINEE STATEMENT.

**Reason for sanction(s) and recommendation(s):**
Incident Number: 191023921
Author: Centola, Richard
Incident Hearing Notes
Date Recorded: 10/25/2019 08:51
REASONS FOR SANCTIONS AND RECOMMENDATIONS;
1D * THE PREPONDERANCE OF THE EVIDENCE IN THIS INCIDENT DOES NOT SUPPORT A GUILTY FINDING OF ANY DISCIPLINE
INFRACTIONS LISTED.
3C FOR CONDUCT THAT DISRUPTS OR INTERFERES WITH THE SAFETY, SECURITY OR THE ORDERLY RUNNING OF THE INSTITUTION
OR UNIT.
7A * THE PREPONDERANCE OF THE EVIDENCE IN THIS INCIDENT DOES NOT SUPPORT A GUILTY FINDING OF ANY DISCIPLINE
INFRACTIONS LISTED.
7C INCLUDED IN DISCIPLINE CHARGE 3C.
11B * THE PREPONDERANCE OF THE EVIDENCE IN THIS INCIDENT DOES NOT SUPPORT A GUILTY FINDING OF ANY DISCIPLINE
INFRACTIONS LISTED.
15 INCLUDED IN DISCIPLINE CHARGE 3C.

# NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

**Date and Time Received:** 6/27/19
**Received By:** GT

**Name (Nombre):** James Bennett-Werra
**Date of Birth (Fecha de Nacimiento):** 8-22-97
**Location/Unit (Posicion/Unidad):** 1-8-2
**Inmate Number (Recluso número):** 1902435
**Today's Date (Edad):** 6-27-19

**Complaint (Enfermedad):** I have been depressed and have really bad Anxiety revolving around my gender Dysphoria because I'm not given ~~[crossed out]~~ Affective ways to remove body hair. I would like to be given the opportunity to see an electrolisist or be better Accomadated with this issue

**Inmate Signature (Recluso firma):** Jennifer Werra

### TRIAGE

**Action Taken:**
- ☐ Refer to Provider – Sick Call;
- ☐ Refer to MH – Sick Call;
- ☐ Refer to MH – Chart Review
- ☐ Refer to Medical Records;
- ☐ Refer to OB/GYN;
- ☐ Refer to Dental
- ☐ Refer to Optometry;
- ☐ Nursing Protocol Initiated
- ☒ Other: Copy to M.H. ETT 6/28

**Face to Face Date:** 6/27/19
**Face to Face Time:** 8:41?
**Staff Signature:** G. [signature]

**Nursing**
**S:** Denies SI/HI

**O:** Temp / Pulse / Resp / O2 Sat / B/P

**A:** Was seen by MH 6/28/19. Not medically indicated.

**P:**

**E:**

**Nurses / Provider Signature:** M CK[illegible] RN
**Date Completed:** 6/29/19
**Time Completed:** 1624

**For Jail Use Only**

Schiang 6/28/19 ETT

Jan 2019          White – Chart   Canary – Inmate          Sick Call Request – Bi Lingual

## NAPHCARE MEDICAL DEPARTMENT
## Sick Call Request-Managed by TechCare

| Name: (Nombre) | Date of birth: (Fecha de Nacimiento) | Location/Unit of cover: (Lugar/Unidad) | Inmate Number: (Numero de Preso) | Date: (Fecha) |
|---|---|---|---|---|
| James Bennett-Werra | 8-22-97 | 1-8-2 | 1902435 | 6-29-19 |

**STAMP DATE RECEIVED:** 7-1-19

**Complaint: (Queja)**
regarding my med slip filed on 6-27-19 about being better Accomadated with gender Dysphoria. I would like to be given the chance to see an electrolisist to remove body hair as part of treating my gender Dysphoria. It is medically indicated its part of treating people medically with gender Dysphoria. Also I was seen on the 28th for something completely different and when I brought this up he told me to file a sick call slip.

**Inmate Signature: (Firma de Preso)** Jennafer Werra

| DATE RECEIVED | NURSES SIGNATURE |
|---|---|
| 6/30/19 | [signature] |

**ACTION TAKEN**
- [ ] Refer to OB/GYN
- [ ] Refer to Medical - Sick Call
- [ ] Refer to Medical - Chart Review
- [ ] Refer to Psych - Sick Call
- [ ] Refer to Psych - Chart Review
- [ ] Refer to Dental
- [ ] Refer to LPN/RN Sick Call with Protocol
- [ ] Immediate Care
- [ ] Health Dept.

**Nursing**
S:

O: Temp.  Pulse  Resp.  O2 Sat.  B/P

A:

P:

E: Not medically indicated

[x] TEACHING COMPLETE - PATIENT ACKNOWLEDGES UNDERSTANDING

TITLE OF NURSING PROTOCOL USED:

NURSES SIGNATURE: [signature]   DATE: 7/1/19   TIME: 2:40 pm

DISTRIBUTION:   WHITE - CHART   CANARY - INMATE

June08     Page 1 of 1     Access to Health Care