United States District Court
District of Massachusetts

Jennaya Bennett-Werra
AKA James Bennett-Werra
Plaintiff

V.                                                                       C.A. NO.  20-10017-ADB

Steven Tompkins, Yolanda Smith,
Zeninha Mitchell, Jennifer Sullivan,
Christina Ruccio, and Naphcare
Defendants

## Plaintiff's Motion to Amend Complaint

I, Jennaya Bennett-Werra, Plaintiff in this here Action, acting as Pro Se, do so woefully ask this court to allow me to make amendments to my complaint on the grounds that new relevant occurrences have taken place since the date of my signing of my complaint. I would also ask that, when considering this motion, this court take into consideration that I am working as Pro Se and have little experience with the courts.

In support of this motion, Plaintiff respectfully refers the court to the following contemporaneously filed documents as my proposed amended complaint.

Jennaya Bennett-Werra
ID 1902435
Suffolk County HOC
20 Bradston St
Boston, MA 02118

Acting as Pro Se

Date 4/5/2020

Signature  *Jennaya Bennett-Werra*