UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNAYA BENNETT-WERRA,  )<br>   *Plaintiff,*    )<br>           )<br>v.           )<br>           )<br>STEVEN TOMPKINS, et al., )<br>   *Defendants.*   ) | Civil Action No. 1:20-cv-10017-ADB |

## NOTICE OF APPEARANCE FOR DEFENDANT NAPHCARE, INC.

Counsel hereby enters their appearance for Defendant NaphCare, Inc.

Respectfully submitted,

Defendant NaphCare, Inc.,
By its attorney,

*/s/ William D. Saltzman*
William D. Saltzman, BBO #439749
KOUFMAN & FREDERICK, LLP
145 Tremont Street, 4th Floor
Boston, MA 02111
(617) 423-2212
Dated: May 21, 2020        ws@kflitigators.com

### *CERTIFICATE OF SERVICE*

I, William D. Saltzman, certify that on the 21st day of May, 2020, a copy of the above pleading was filed with the ECF System and sent electronically to the registered participants identified on the Notice of Electronic Filing, with paper copies being sent to those indicated as non-registered participants.

/s/ *William D. Saltzman*
William D. Saltzman

Z:\Clients\NaphCare, Inc\Bennett-Werra\Pleadings\5.21.20 Notice of Appearance WS.docx