UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNAYA BENNETT-WERRA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>STEVEN TOMPKINS, et al., 　　)<br>　　　Defendants 　　　　　　)<br>　　　　　　　　　　　　　　　) | Civil Action No. 1:20-cv-10017-ADB |

## NOTICE OF APPEARANCE

Melissa J. Garand hereby enters an appearance on behalf of Defendants Steven Tompkins, Yolanda Smith, Zezinha Mitchell, Jennifer Sullivan and Christina Ruccio.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　By Attorney,
　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL
　　　　　　　　　　　　　　　　Allen H. Forbes
　　　　　　　　　　　　　　　　Special Assistant Attorney General

　　　　　　　　　　　　　　　　/s/ Melissa J. Garand
　　　　　　　　　　　　　　　　Melissa J. Garand
　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　BBO No. 554727
　　　　　　　　　　　　　　　　Suffolk County Sheriff's Department
　　　　　　　　　　　　　　　　200 Nashua Street
　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　(617) 704-6680
　　　　　　　　　　　　　　　　mgarand@scsdma.org

Date:  May 27, 2020

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date. I also certify that on May 27, 2020, I sent a paper copy to the Plaintiff, Jennaya Bennett-Werra at the Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118.

/s/ Melissa J. Garand