UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNAYA BENNETT-WERRA,  )<br>           Plaintiff,            )<br>                                             )<br>v.                                         )<br>                                             )<br>STEVEN TOMPKINS, et al.,   )<br>           Defendants           )<br>                                             ) | Civil Action No. 1:20-cv-10017-ADB |

### DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(a)(2)

The Defendants Steven Tomkins, Yolanda Smith, Zezinha Mitchell, Jennifer Sullivan and Christine Ruccio respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(a)(2) concerning certification that counsel has attempted to confer in good faith to narrow or resolve the issues.

As grounds in support of their Motion, the Defendants state that compliance with Local Rule 7.1(a)(2) would not be practicable.  Local Rule 7.1(a)(2) states that "No motion shall be filed unless counsel certify that they have conferred, and have attempted to resolve or narrow the issue." However, any attempt to confer with the Plaintiff, a *pro se* inmate who is incarcerated at the Suffolk County House of Correction, would be unduly burdensome.  Further, in light of COVID-19 the Suffolk County Sheriff's Department is not allowing inmates to have visitors at this time.

Wherefore, the Defendants respectfully request that their Motion be allowed and the requirements of Local Rule 7.1(a)(2) be waived with respect to communications between the Defendants' counsel and the Plaintiff while she remains incarcerated.

Respectfully submitted,

By Attorney,
MAURA HEALEY
ATTORNEY GENERAL
Allen H. Forbes
Special Assistant Attorney General

/s/ Melissa J. Garand
Melissa J. Garand
Assistant General Counsel
BBO No. 554727
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA  02114
(617) 704-6680
mgarand@scsdma.org

Date:  May 27, 2020

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date.  I also certify that on May 27, 2020, I sent a paper copy to the Plaintiff, Jennaya Bennett-Werra at the Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118.

/s/ Melissa J. Garand
Melissa J. Garand