Dear Clerk of the Boston federal court,    5-25-20

    I Need a Copy of Document Number: 21 in case Number: 1:20-cv-10017-ADB Case Name: Bennett Werra v. Tompkins et al. filed on 5/21/2020 Motion to Waive LR 7.1(a)(2). I Do Not have Access to Electronic Filing. I need to be provided Notice and copys of Documents via Paper Mail Please and thank you.

Sincerely,
Jennaya Bennett-werra
#1902435
Suffolk County H.O.C
20 Bradston St
Boston, MA 02118

FILED IN CLERKS OFFICE
2020 MAY 28 AM 9:56
U.S. DISTRICT COURT
DISTRICT OF MASS.