# Exhibit 1

Case 1:20-cv-10017-ADB   Document 33-1   Filed 06/30/20   Page 1 of 11

# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 7-2-19     DATE / TIME INCIDENT: 6-27-19 / 6-29-19 / 7-1-19     LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2     NAME: James Bennett-Werra     BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ **Emergency**   *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

### Describe the grievance, be specific, include names and dates

I have filed 2 med slips asking to be better accomadated with the treatment regaurding my gender dysphoria. I asked to be given the chance to see an electrolisist to remove body hair. This is a nessesary medical procedure in treating people with gender dysphoria because if you don't have the lazer hair removeal done one can not have the sex reassignment surgery. On both of my med slips they give a response of not medically indicated but it is.

**SUGGESTED REMEDY:** I would like to be better accomadated medically for my gender dysphoria and ~~~~ get the chance to see an electrolisist please and thank you.

Inmate signature: *Jamil Bennett-Werra*     Date: 7-2-19

### DO NOT WRITE BELOW THIS LINE

Report Number: G190484
Date Received: 7-3-19
Appeal Date: _____

Decision: ☒ RETURNED   ☐ DENIED   ☐ RESOLVED   ☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why): _____

REASON(S) FOR DECISION: *See attached per Amylynn Lyppus in Medical*

Institutional Grievance Coordinator: _[signature]_     Date: 7-5-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S49
3pt (Revised 5/1)



Suffolk
20 Bradston Street
Boston, MA 02118

7/5/2019 11:24:21 AM Eastern Daylight Time

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | BENNETT-WERRA, JAMES | **#:** | (165359) 1902435 | **Lang:** | |
| **DOB:** | 8/22/1997 (Age=21) | **Sex:** | M | **Race:** | W |
| **Housing:** | HOC-1-08-2-14-A | **SSN:** | **HIDDEN** | **Type:** | |
| **Status:** | ACTIVE | **Booking Date:** | 4/10/2019 1:21:00 PM Eastern Daylight Time | **Release:** | |

**PICTURE NOT AVAILABLE**

## Grievance

| Date Of Grievance: | Date Received: | Date of Response: | | Closed |
|---|---|---|---|---|
| 6/27/2019 | 7/3/2019 | 7/4/2019 | | |

Grievance Types:
Dissatisfied with quality of medical care

Description:
You would like to be better accommodated for your Gender Dysphoria by having Electrolysis.

Response:
Unfortunatley, Electrolysis is not medically indicated.

# Suffolk County Sheriff's Department
## Grievance Form



TODAY'S DATE: 10-23-19   DATE / TIME INCIDENT: 10-23-19 8:10am   LOCATION OF INCIDENT: 1-4-2

HOUSING UNIT: 1-4-2   NAME: James Bennett-Werra   BOOKING #: 1902435

Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.

☐ **Emergency**   *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

**Describe the grievance, be specific, include names and dates**

The black LT. Bald with glasses entered the 1-4-2 while I was on rec time. I was asking someone 4 soap to take a shower because the CO's didn't have any soap packets. The LT. told me to get off the door calling me "the Note Man". He continued to call me a man and told me to write a grievance saying things like "the fuck has this world come too". I told him that he was being an asshole and that I would write a grievance on him. This is just another example of how I'm not being treated how I should be and that its blantant discrimination. None of the other women get harrassed by CO's or called by a different gender.

**SUGGESTED REMEDY:** This LT. Needs to be reprimanded and educated on how to treat people. He told me to write a grievance because he thinks he can treat people anytype of way without consequence. He needs to know that this is not true.

Inmate signature: *[signature]*   Date: 10-23-19

## DO NOT WRITE BELOW THIS LINE

Report Number: G190855
Date Received: 10-28-19
Appeal Date: _____

Decision:
☒ RETURNED
☐ DENIED
☐ RESOLVED
☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why):

REASON(S) FOR DECISION: Per Dep Sup McCarthy: All staff has been trained on how to respond and interact with respect to transgender inmates.

Institutional Grievance Coordinator: *[signature]*   Date: 10/30/19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

2

# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 7-24-19    DATE / TIME INCIDENT 7-24-19    LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2    NAME: James Bennett-Werra    BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☑ **Emergency**    *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

**Describe the grievance, be specific, include names and dates**

My Prea rights are being violated because I'm a high potential risk of being a victim of prea Due to being transgender, being small in size, My Age, and the fact that I've already been a victim of prea in Bristol county. I'm being housed with people who are high potential predator Due to their sex crimes. Also, My Prea rights are being violated because I've reported being sexual Assaulted in a previous Jail and Never seen the prea corordinator. I have Mentioned many times that I feel extremley uncomfortable being housed on this unit to Mental health and My caseworker and Womens programming.

**SUGGESTED REMEDY:** I would like to go to the female unit, see classifaction and see the prea coordinator.

Inmate signature: Kermit Bennett-Werra    Date 7-24-19

---

**DO NOT WRITE BELOW THIS LINE**

Report Number: G190551    Decision: ☐ RETURNED  ☐ DENIED  ☒ RESOLVED  ☐ REFERRED

Date Received: 7/30/19

Appeal Date:

COMMENTS (IF REFERRED, specify to whom and why):

**REASON(S) FOR DECISION:** The incident @ Bristol is still being investigated. You are on a house alone status. You will be attending programs with the females.

Institutional Grievance Coordinator: Mitchell    Date: 7-30-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)



# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 6-21-19    DATE / TIME INCIDENT 6-21-19    LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2    NAME: James Bennett-Werra    BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ **Emergency**  *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

**Describe the grievance, be specific, include names and dates**

I Requested to move to the Female Unit though my case worker, but she said I need to Ask the Superintendant. So I wrote the Superintendant over two weeks Ago And Recieved No Response.

I Also wrote A Letter to Major Thomas And Requested to be moved At my Last classification hearing.

**SUGGESTED REMEDY:** hear A Response from the Superintendant So I can move to A Female Unit. Thank You.

Inmate signature: *Jarmel Bennett-Werra*    Date 6-21-19

---

**DO NOT WRITE BELOW THIS LINE**

Report Number: 6190447
Date Received: 6-24-19
Appeal Date:

Decision: ☐ RETURNED   ☒ DENIED   ☐ RESOLVED   ☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why):

**REASON(S) FOR DECISION:** You will not move to a female unit at this time. You may participate in the transgender support group.

Institutional Grievance Coordinator: *Mitchell*    Date: 6-28-19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)



## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 9-23-19    DATE/TIME INCIDENT: 9-16-19 to 9-20-19    LOCATION OF INCIDENT: 1-5-1 / women program

HOUSING UNIT: 1-5-1    NAME: James Bennett-Werra    BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ **Emergency**   *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

### Describe the grievance, be specific, include names and dates

On 9-17-19 Christina Ruccio came to talk to me on 1-5-1 unit to explain why I was taken off the womens programs list. She told me the reason why is because of a Disciplinary Report I was given on 9-5-19. She said that I would lose my program privlages for the week of 9-16-19 - 9-20-19. I Attended programs today on 9-23-19 and was told that the other inmate involved in my Disciplinary report did Not lose her program privlages but still recieved the 48 hour restricted movement. It is Not fair to punish me Twice with 48 hour restricted movement and a week of lost programs and the other inmate was Not. This is blatant Discrimination against me why am I being treated Differently than the other women involved in the Disciplinary report.

SUGGESTED REMEDY: I want to be housed on a womens unit to Avoid further Discrimination. I want to be treated the same as all other women. I want to be able to Attend more womens programs.

Inmate signature: James Bennett-Werra    Date: 9-23-19

### DO NOT WRITE BELOW THIS LINE

Report Number: 9190751
Date Received: 10-2-19
Appeal Date: ___

Decision:
☐ RETURNED
☒ DENIED
☐ RESOLVED
☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why):

REASON(S) FOR DECISION: Ms. Ruccio spoke to you and the other detainee about the incident

Institutional Grievance Coordinator: [signature]    Date: 10/8/19

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: Jennaya (James) Bennett-Werffa   I.D.# 1902435   Date sent: 11/19/19

Reason for Appeal: My programs and things with the other women is being taken away because of a D-report that is not true. Also, Its not fair that I get my programs taken away and other women who pass notes + canteen and don't even get written up. It is extremely clear to me that people are trying every little thing they can do to stop me from being treated like any other women. If I was housed on a womens unit this wouldn't be an issue and I feel like I would be treated equally to other women if I was housed with them.

Remedy: I would like all my things with the women back. The officer who wrote the D-report reprimanded 4 useing male pronouns and accuseing me of "useing my transgender status" which is extremely offensive. To be housed on a female unit, shower alone, housed alone, in order to prevent further discrimination. There is no safty issues as I was spending more time with the female inmates than the men.   11/19/19

Jennaya (James) Bennett-Werffa   Date

*BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE*

Date Received: 12/2/19   Grievance #: GM0909

Decision: Resolved

Reason(s): Jennaya, I will absolutely speak w/ staff about using proper pronouns when referencing you! Your privileges are going to be restored. Please do not pass notes between the other women and the men.

Superintendent/designee   12/3/19   Date

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Bennett-Vaara   I.D.#: 1402435   Date sent: 7/9/19

**Reason for Appeal:** Appealing Grievance #G190484 Asking for better accommodation for my gender Dysphoria. Electrolysis is in fact medically indicated because it has to get done before someone can move forward with Sex reassignment surgery.

**Remedy:** I would like to have electrolysis work done as the DOC does for people with gender dysphoria. Please and thank you

Grievant Signature: James Bennett-Vaara   Date: 7/9/19

*BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE*

Date Received: 7/15/19   Grievance #: G190486

Decision: Resolved

Reason(s): Please forward this request to Naphcare they are our medical contractor and handle such issues

Superintendent/desingee   Date: 8/1/19

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Bennett-Wells     I.D.# 1902435     Date sent: 7/3/19

**Reason for Appeal:** According to the New criminal reform Act and Senate bill 2407 I am supposed to be given the opportunity to be housed on a female unit Due to my gender Identity In not doing so you put me in Danger and violate my constitutional rights amongst other Rights protecting me from Discrimination.

**Remedy:** I need to be housed on a female unit because I am a female and it is my right. I would like to be treated as any other woman and not be Discriminated against please take that yes.

_Larroll Bennett-Wells_          7/3/19
Grievant Signature              Date

------- **BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE** -------

Date Received: 7/9/19     Grievance # G190447

Decision: Resolved

Reason(s): Mr. Bennett, you and I have spoken about this at great length. You are housed alone in your cell, you shower at different times than everyone else and you attend programs with the women.

_signature_                      8/8/19
Superintendent/desingee         Date

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Barritt-Weber    I.D.# 1902435    Date sent: 7/3/2019

**Reason for Appeal:** My Grievance decision given to me about the library was incorrect. Inmates on 1-3-2 unit Do Not have Access to the library in the 3 building like everyone else we only get access to a little room on the 5th floor once a week on wednesday nights and this room contains law books and very few regular books.

**Remedy:** We would like to be treated equally and have Access to the real library in the 3 building it is not a safety issue if the female units get to go too. This is unfair and violates our Equal Protection clause and Discriminates against us because we are in protective custody. We should be given 1 Day a week to go to the 3 building library and keep our other 1 day a week to the 5th Floor room we could go with 1-3-2 unit just like we go to the yard together.

_James Barritt-Weber_    7/3/2019
Grievant Signature    Date

*** BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE ***

Date Received: 7/9/19    Grievance # G190446 + G190474

Decision: Denied / Resolved

Reason(s): You have access to the library based on the unit. You will be able to go to the library with the women. Please allow

_Yolanda Smith_    8/1/19
Superintendent/desingee    Date

for time for me to coordinate that.

S491
3 pt G