UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNAYA BENNETT-WERRA, )
)
    *PLAINTIFF,* )    Civil Action No. 1:20-cv-10017-ADB
)
    V. )
)
)
STEVEN TOMPKINS, et al., )
    *Defendants.* )

MOTION TO EXTEND TIME TO FILE OPPOSITION
OF DEFENDANT NAPHCARE,INC'S MOTION TO DISMISS

    I plaintiff Jennaya Bennett-Werra, acting as pro se, do so respectfully ask that the court extend time to file opposition of defendant Naphcare,Inc's motion to dismiss to August 28th, 2020. As reason therefore, I am an incarcerated inmate, am only allowed limited time/access to the house of corrections law library and I do not have access to any other legal resources.

    Respectfully submitted by,
    Acting as pro se
    Jennaya Bennett-Werra
    ID#1902435
    Suffolk County H.O.C
    20 Bradston st
    Boston MA, 02118

CERTIFICATE OF SERVICE

    I Jennaya Bennett-Werra, certify that on the 10th of July, 2020, a copy of the above was filed by paper copy and paper copies are being sent to all parties involved.