UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNAYA BENNETT-WERRA, )
)
    *PLAINTIFF,* )    Civil Action No. 1:20-cv-10017-ADB
)
V. )
)
)
STEVEN TOMPKINS, et al., )
    *Defendants.* )

---

### MOTION TO EXTEND TIME TO FILE OPPOSITION OF DEFENDANT'S STEVEN TOMPKINS, ET AL., MOTION TO DISMISS

    I plaintiff Jennaya Bennett-Werra, acting as pro se, DO so respectfully ask that the court extend time to file opposition of defendant's Steven Tompkins, Yolanda Smith, Zezinha Mitchell, Christina Ruccio and Jennifer Sullivan motion to dismiss to September 1st, 2020. As reason therefore, I am an incarcerated inmate, am only allowed limited time/ access to the house of corrections law library and I do not have access to any other legal resources.

    Respectfully submitted by,
     Acting as pro se
     Jennaya Bennett-Werra
     ID#1902435
     Suffolk County H.O.C
     20 Bradston st
     Boston MA, 02118

### CERTIFICATE OF SERVICE

    I Jennaya Bennett-Werra, certify that on the 10th of July, 2020, a copy of the above was filed by paper copy and paper copies are being sent to all parties involved.