UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNAYA BENNETT-WERRA, )
                               )
       *PLAINTIFF,*         )         Civil Action No. 1:20-cv-10017-ADB
                               )
       V.                       )
                               )
                               )
STEVEN TOMPKINS, et al., )
       *Defendants.*        )

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

       I Jennaya Bennett-Werra, acting as pro se, do so respectfully ask that the court appoint counsel on my behalf in this here matter. I ask that the court take into consideration my financial status as I cannot afford an attorney due to the fact that I am an incarcerated litigant. I have attempted to find counsel on my own such as the following:

1. Prisoners' Legal Services
2. Goodwin Procter, LLP
3. GLBTQ Legal Advocates & Defenders

       All have either not answered my letters or informed me that they do not have enough resources to take on my case. I ask that the court take into consideration that as an inmate I have extremely limited legal resources.

                                          Respectfully submitted by,
                                            Acting as pro se
                                            Jennaya Bennett-Werra
                                            ID#1902435
                                            Suffolk County H.O.C
                                            20 Bradston st
                                            Boston MA, 02118

CERTIFICATE OF SERVICE

       I Jennaya Bennett-Werra, certify that on the 10th of July, 2020, a copy of the above was filed by paper copy and paper copies are being sent to all parties involved.