UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNAYA BENNETT-WERRA, )
)
    PLAINTIFF, )    Civil Action No. 1:20-cv-10017-ADB
)
V. )
)
)
STEVEN TOMPKINS, et al., )
    Defendants. )

-----------------------------------------

### MOTION OF OPPOSITION TO DEFENDANTS' STEVEN TOMPKINS ET.,AL., TO DISMISS FOR FAILURE TO STATE A CLAIM

    I plaintiff Jennaya Bennett-Werra, acting as pro se, do so respectfully ask that the court enter judgment of my behalf as to not dismiss the amended complaint against defendants. I rely upon the accompanying memorandum of law in support of my motion.

DATED: 8-28-20

Respectfully submitted by,
Acting as pro se
Jennaya Bennett-Werra
ID#1902435
Suffolk County H.O.C
20 Bradston st
Boston MA, 02118

*[signature]*

### CERTIFICATE OF SERVICE

-----------------------------------------

    I Jennaya Bennett-Werra, certify that on the 1st of September 2020, a copy of the above was filed by paper copy and paper copies are being sent to all parties involved.

FILED
IN CLERKS OFFICE
2020 AUG 31  AM 11:39
U.S. DISTRICT COURT
DISTRICT OF MASS.