Jennaya Bennett-Werra

ID#1902435

Suffolk County H.O.C

20 Bradston st

Boston, MA 02118

civil action no. 1:20-CV-10017-ADB

Jennaya Bennett-Werra v. Tompkins et.al.

Office of the Clerk,                                                          Dated 10/23/20

    I would like to check the status of my motion of opposition to defendants motion to dismiss. I filed it with the courts on August 31st and another one on September 1st. It's been a little while so I was wondering if I didn't get a mailed paper copy of the status of my case for some reason. Please send me a paper copy of the judge's ruling or the current status of the motions thank you.

Sincerely,

Jennaya Bennett-Werra

*Jennaya Bennett-Werra*

2020 OCT 28 AM 3: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE