United States District Court
for the District of Massachusetts

Jennaya Bennett-Werra
        Plaintiff                        Civil Action #: 1:20-ADB-10017
        V.
Steven Tompkins et. al.,
        Defendants

Notice for change of Address

1.      I, Plaintiff Jennaya Bennett-Werra do so give
This Court fair Notice for the change of my Address
From: Suffolk County H.O.C., 20 Bradston St Boston, MA 02118, TO:
My current Address of: MCI Framingham 99 Loring Drive, P.O.
Box 9007, Framingham, MA 01701. This change of Address
occured on Dec. 11th, 2020.

2.      A handwritten copy of this here Notice Shall be Sent
along with this Notice to the Defending party's Council at the
below listed Date, Via Mail.

Dated: 12-18-2020                        Acting as pro sé
                                         Jennaya Bennett-Werra
                                         Inmate # F81849
                                         MCI Framingham
                                         99 Loring Drive, P.O. Box
                                         9007 Framingham, MA
                                         01701
                                         Jennaya Werra

U.S. DISTRICT COURT
DISTRICT OF MASS.
DEC 21 PM 1:59
FILED
IN CLERKS OFFICE