United States District Court
District of Massachusetts

FILED IN CLERKS OFFICE
2021 JAN 29 PM 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jennaya Bennett-Werra
Plaintiff
v.
Steven Tompkins et. al.,
Defendants

Civil Action No. 1:20-cv-10017-ADB

## Motion to Dismiss the case Voluntarily Pursuant to Rule 42(b)

1. I respectfully ask that the court Dismiss this here civil Action against Defendants in its entirety to Allow me to refile at a later Date where I would be in a better position to litigate my case. I Ask that the court take into Account the following facts in deciding this Motion.

2. I am an incarcerated inmate with little experience with the court and I have limited resources with limited time to Access such resources which makes it unduly burdensome

To litagate my case. Allowing this Motion will give me fair chance to litigate my case correctly.

Dated: 1-24-21

Acting as pro sé
Jennaya Bennett-Werra
*Jennaya Werra*
MCI Framingham
99 Loring Drive
P.O. Box 9007
Framingham, MA 01701

## Certification of Service

I, Jennaya Bennett-Werra certify that on the Date listed below I have made service to all relevant parties via Mail.

Dated: 1-24-21

Acting as pro se
Jennaya Bennett-Werra
*Jennaya Werra*