FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2021 AUG 23 PM 1:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jennaya Bennett-Werra
AKA James Bennett-Werra
Plaintiff

V.

C.A. NO. 20-10017-ADB

Steven Tompkins, Yolanda Smith,
Zeninha Mitchell, Jennifer Sullivan,
Christina Ruccio, and Naphcare
Defendants

### Plaintiff's Motion to Amend Complaint

    I, Jennaya Bennett-Werra, Plaintiff in this here Action, acting as Pro Se, do so woefully ask this court to allow me to make amendments to my complaint on the grounds that new relevant occurrences have taken place since the date of my signing of my complaint. I would also ask that, when considering this motion, this court take into consideration that I am working as Pro Se and have little experience with the courts.

    In support of this motion, Plaintiff respectfully refers the court to the following contemporaneously filed documents as my proposed amended complaint.

Jennaya Bennett-Werra
ID F81849
MCI-Framingham
99 Loring Dr PO Box 9007
Framingham, MA 01701

Acting as Pro Se

Date
_8/19/2021_____

Signature
_Jennaya Bennett-Werra_____

FILED
IN CLERKS OFFICE

2021 AUG 23 PM 1:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

<u>Motion to Refile Lawsuit</u>

**Certification of Service**

*Jennaya Bennett-Werra*    8/19/2021

I certify that I have sent copies to all relevant parties via US Postal Service

Jennaya Bennett-Werra
ID F81849
MCI Framingham
99 Loring Dr
PO Box 9007
Framingham, MA 01701

*Jennaya Bennett-Werra*