# PRISONERS' LEGAL SERVICES OF MASSACHUSETTS

**PLS**

- ✉ 50 Federal Street, 4th Floor • Boston, MA 02110
- fb.me/prisonerslegalservices
- Main: 617-482-2773
- www.plsma.org
- @PLSMA
- Fax: 617-451-6383

State prisoner speed dial: 9004 or 9005 • County prisoner collect calls: 617-482-4124

October 2, 2019

Yolonda Smith
Superintendent
South County HOC
20 Bradston Street
Boston, MA 02118


COPY

Re: Jennaya Bennett-Werra, 183905

Dear Superintendent Smith:

I am writing on behalf of Jennaya Bennett-Werra, who is incarcerated at Suffolk County HOC.

Ms. Bennett-Werra identifies as female and has been prescribed hormones by her providers at the jail. She reports she is taken to programs with other female prisoners and goes to the library with female prisoners. She reports there have been no issues during the time she is with female prisoners.

Ms. Bennett-Werra reports that Suffolk county officials will not house her with other females as stated in the Criminal Justice Reform Act (CJRA). Mass. Gen. Laws Ann. ch. 127, § 32A provides:

A prisoner of a correctional institution, jail or house of correction that has a gender identity, as defined in section 7 of chapter 4, that differs from the prisoner's sex assigned at birth, with or without a diagnosis of gender dysphoria or any other physical or mental health diagnosis, shall be: (i) addressed in a manner consistent with the prisoner's gender identity; (ii) provided with access to commissary items, clothing, programming, educational materials and personal property that is consistent with the prisoner's gender identity; (iii) searched by an officer of the same gender identity if the search requires an inmate to remove all clothing or includes a visual inspection of the anal cavity or genitals; provided, however, that the officer's gender identity shall be consistent with the prisoner's request; and provided further, that such search shall not be conducted for the sole purpose of determining genital status; and (iv) **housed in a correctional facility with inmates with the same gender identity; provided further, that the placement shall be consistent with the prisoner's request, unless the commissioner, the sheriff or a designee of the commissioner or sheriff certifies in writing that the particular**

2

placement would not ensure the prisoner's health or safety or that the placement would present management or security problems.

Ms. Bennett-Werra reports she has consistently made requests to be housed with members of her own gender but this request has not been granted. Please grant Ms. Bennett-Werra a transfer to the women's unit at Suffolk County.

I am seeking releases signed by Ms. Bennett-Werra. I will forward the releases when I receie them. I look forward to your response to Ms. Bennett-Werra's housing needs and this letter.

Sincerely,

Al Troisi
Paralegal

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 7-2-19    DATE / TIME INCIDENT: 6-27-19 / 7-1-19    LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2    NAME: James Bonnell-Wexco    BOOKING #: 1909044

Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.

☐ Emergency    Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.

**Describe the grievance, be specific, include names and dates**

I have filed 2 med slips asking to be better accommodated with the treatment regarding my gender dysphoria. I asked to be allen the chance to see an electrolysist to remove body hair. This is a necessary medical procedure in treating people with gender dysphoria because if you don't have the laser hair removal done one can not have the sex reassignment surgery. On both of my med slips the I file a response of "Not medically indicated" but it is.

**SUGGESTED REMEDY:** I would like to be better accommodated medically for my gender dysphoria and given the chance to see an electrolysist (sic) for hair removal. Thank you.

Inmate signature: Jamel Bonnell-Wexco    Date: 7-2-19

---

### DO NOT WRITE BELOW THIS LINE

Report Number: 6190944    Decision:    ☑ RETURNED    COMMENTS (IF REFERRED, specify to whom and why):
Date Received: 7-3-19                ☐ DENIED
Appeal Date: _____                ☐ RESOLVED
                                  ☐ REFERRED

REASON(S) FOR DECISION: See attached no currently offered at medical

Institutional Grievance Coordinator: O'Mullan    Date: 7-5-19

You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.

S491
3pt (Revised 5/14)



Suffolk
20 Bradston Street
Boston, MA 02118

7/5/2019 11:24:21 AM Eastern Daylight Time

**PICTURE NOT AVAILABLE**

| | | | | | |
|---|---|---|---|---|---|
| Patient: | BENNETT-WERRA, JAMES | #: | (165359) 1902435 | Lang: | |
| DOB: | 8/22/1997 (Age=21) | Sex: | M | Race: | W |
| Housing: | HOC-1-08-2-14-A | SSN: | **HIDDEN** | Type: | |
| Status: | ACTIVE | Booking Date: | 4/10/2019 1:21:00 PM Eastern Daylight Time | Release: | |

**Grievance**

Date Of Grievance: 6/27/2019
Date Received: 7/3/2019
Date of Response: 7/4/2019

Closed

Grievance Types:
Dissatisfied with quality of medical care

Description:
You would like to be better accommodated for your Gender Dysphoria by having Electrolysis.

Response:
Unfortunatley, Electrolysis is not medically indicated.

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 10-28-19    DATE / TIME INCIDENT: 10-13-19 8:16pm    LOCATION OF INCIDENT: 1-4-2

HOUSING UNIT: 1-4-2    NAME: James Bennett Werra    BOOKING #: 1902435

**Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.**

☐ Emergency    *Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.*

**Describe the grievance, be specific, include names and dates**

The black LT Bald with glasses came in 1-4-2 while I was in for the I was asking someone to put me in a shower because the cos told him to. Suddenly the LT told me he would be he calling me "Ma Nat Ma." He continued to call me Ma to me and use to me to write a grievance saying things like "the luck has this world come too" I think that he was being an asshole and I I would write a Grievance on him this is another example of how I'm not being treated. He should be aware that its Blatant Discrimination. None of the other women get harassed by cos or called by a different gender.

SUGGESTED REMEDY: This LT Needs to be reprimanded and educated on how to treat people. He did me to write a Grievance because He thinks he can treat people unlike or any way without consequence. He Needs to know that this is not true!

Inmate signature: [signature]    Date: 10-28-19

### DO NOT WRITE BELOW THIS LINE

Report Number: 9/10855    Decision: ☑ RETURNED    COMMENTS (IF REFERRED, specify to whom and why):
Date Received: 10-28-19    ☐ DENIED
Appeal Date:    ☐ RESOLVED
    ☐ REFERRED

REASON(S) FOR DECISION: See Sgt McCarthy. All staff has been trained on how to interact and interact well respect to transgender inmates.

Institutional Grievance Coordinator: _____    Date: _____

*You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.*

S491
3pt (Revised 5/14)

## Suffolk County Sheriff's Department
### Grievance Form

TODAY'S DATE: 7-24-19    DATE / TIME INCIDENT: ___    LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2    NAME: James Bennett-Wells    BOOKING #: 1902435

Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.

☑ Emergency    Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.

**Describe the grievance, be specific, include names and dates**

My Prea rights are being violated because I'm a high potential risk of being a victim of prea due to being transgender being small in size, my age, and the fact that I've already been a victim of prea in Bristol county. I'm being housed with people who are high potential predators due to their sex crimes. Also my prea rights are being violated because I've reported being sexually assaulted in a previous jail and never seen the prea coordinator. I have mentioned many times that I feel extremely uncomfortable being housed on this unit to mental health and my caseworker and womens programming.

**SUGGESTED REMEDY:** I would like to go to the female unit, see classification and see the prea coordinator.

Inmate signature: Kamil Bennett-Wells    Date: 7-24-19

### DO NOT WRITE BELOW THIS LINE

Report Number: G190557
Date Received: 7/30/19
Appeal Date: ___

Decision:
☐ RETURNED
☐ DENIED
☑ RESOLVED
☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why):

REASON(S) FOR DECISION: The incident in Bristol is still being investigated. You are on a house alone status. You will be attending programs with the females.

Institutional Grievance Coordinator: J. Durell    Date: 7-30-19

You may appeal the decision of the IGC to the Superintendent within (10) dates of the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.

S491
3pt (Revised 5/14)

# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 6-21-19     DATE / TIME INCIDENT: 6-21-19     LOCATION OF INCIDENT: 1-8-2

HOUSING UNIT: 1-8-2     NAME: James Beach Werra     BOOKING #: 1102435

Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.

☐ Emergency   Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.

**Describe the grievance, be specific, include names and dates**

I requested to move to the female unit through my case worker, but she said I need to ask the superintendant. So I wrote the superintendant over two weeks ago and recieved no response. I also wrote a letter to Major Thomas and requested to be moved at my last classification hearing.

SUGGESTED REMEDY: Hear a response from the superintendant so I can move to a female unit. Thank you.

Inmate signature: [signature]     Date: 6-21-19

---

## DO NOT WRITE BELOW THIS LINE

Report Number: 0190417     Decision: ☐ RETURNED   COMMENTS (IF REFERRED, specify to whom and why):
Date Received: 6-24-19                ☑ DENIED
Appeal Date:                          ☐ RESOLVED
                                       ☐ REFERRED

REASON(S) FOR DECISION: You will not move to a female unit at this time. You may participate in the transgender support group.

Institutional Grievance Coordinator: Mitchell     Date: 6-26-19

You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision is final.

S491
3pt (Revised 5/14)

# Suffolk County Sheriff's Department
## Grievance Form

TODAY'S DATE: 9-23-19   DATE / TIME INCIDENT: 9-16-19, 9-20-19   LOCATION OF INCIDENT: 1-5-1/womens program

HOUSING UNIT: 1-5-1   NAME: James Bennett-Werra   BOOKING #: 1902435

Per Policy S491, your grievance will be returned if you do not indicate with whom you have attempted to resolve this issue.

☐ Emergency   Check this box only if your grievance involves an issue for which the delay in resolution may cause a substantial risk of personal injury or other damages.

**Describe the grievance, be specific, include names and dates**

On 9-17-19 Christina Ruccio came + talk to me on 1-5-1 unit to explain why I was taken off the womens programs list. She told me the reason why is because of a Disciplinary Report I was given on 9-5-19 She said that I would lose my program privileges for the week of 9-16-19 - 9-20-19. I attended programs today on 9-23-19 and was told that the other inmate involved in my Disciplinary report did Not lose her program privileges but still received the 48 hour restricted movement. It is Not fair to punish me Twice with 48 hour restricted movement and a week of lost programs and the other inmate was Not. This is blatant Discrimination against me why am I being treated Differently then the other woman involved in the Disciplinary report.

**SUGGESTED REMEDY:** I want to be housed on a womens unit to Avoid further Discrimination. I want to be treated the same as all other women. I want to be able to Attend more womens Programs.

Inmate signature: James Bennett-Webb   Date: 9-23-19

### DO NOT WRITE BELOW THIS LINE

Report Number: 9190751
Date Received: 10-2-19
Appeal Date:

Decision:
☐ RETURNED
☒ DENIED
☐ RESOLVED
☐ REFERRED

COMMENTS (IF REFERRED, specify to whom and why):

REASON(S) FOR DECISION: Lt. Williams spoke to you and the other detainee about the incident.

Institutional Grievance Coordinator: [signature]   Date: 1/8/19

You may appeal the decision of the IGC to the Superintendent within (10) dates if the decision. Only the official Inmate Grievance Appeal Form will be accepted. The Superintendent's decision in final.

S491
3pt (Revised 5/14)

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: Jenny [illegible] I.D.# 1962435  Date sent: 11/19/19

**Reason for Appeal:** My placement/housing with the other women is being taken away because of a pretrial that is not true. Also, it's not fair that I get my period like many other women who pass notes, fight, etc. and don't get put in it. It is extremely clear to me that people are trying everything they can to isolate me, be [illegible] like any other women. If I was housed on a women's unit this wouldn't be an issue and I feel like I would be treated equally to other women if I was housed with them.

**Remedy:** [illegible] the women back. The [illegible] [illegible] accused me of "use" by unknown [illegible], which is [illegible]. If he [illegible] on a [illegible] and [illegible] Alone, in order to prevent further discrimination. There is no safety issues as I was [illegible] with the female inmates thus far, there are [illegible].

Grievant Signature: [signature]  Date: 11/19/19

........ BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE ........

Date Received: 12/2/16  Grievance #: GM0909

Decision: Resolved

Reason(s): Jennings [illegible] spoke to SL about [illegible] [illegible]

Superintendent/desingee: [signature]  Date: 12/3/19

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Bennett Wella    I.D.# 1902435    Date sent: 7/9/19

Reason for Appeal: Appealing Grievance #G190484 Asking for better Accomidation for my gender Dysphoria. Electrolysis is in fact medically indicated because it has to get done before someone can move forward with Sex reassignment surgery.

Remedy: I would like to have electrolysis work done as the DOC Does for people with gender Dysphoria. Please and thank you

_James Bennett-Wella_
Grievant Signature                                    7/9/19
                                                      Date

**BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE**

Date Received: 7/15/19        Grievance # G190484

Decision: Resolved

Reason(s): Please forward this request to Naphcare along with the medical contractor and handle such work.

_[signature]_
Superintendent/desingee                              8/1/19
                                                      Date

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Bennett-Wells     I.D.# 1402435     Date sent: 7/3/19

**Reason for Appeal:** According to the New Criminal Reform Act and Senate Bill 2407 I'm supposed to be given the opportunity to be housed on a female unit due to my gender identity. In not doing so you're wronging and violating my Constitutional Rights amongst other rights protecting me from Discrimination.

**Remedy:** I need to be housed on a female unit because I am a female and it is my right. I'd like to be treated as another woman and not be discriminated against. Please and thank you.

_James Bennett-Wells_     7/3/19
Grievant Signature     Date

### BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE

Date Received: 7/9/19     Grievance # G190447

Decision: Resolved

Reason(s): Mr. Bennett you and I have spoken about this matter again. I have informed about the jail and you have already done some of the social programs within the facility ____

____     8/8/19
Superintendent/desingee     Date

S491
3 pt G

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE APPEAL FORM

The Grievant has the right to appeal the decision of the Inmate Grievance Coordinator, using only this form, within ten (10) working days of receipt of the decision.

Once the appeal form is completed it shall be forwarded to the Superintendent, along with a copy of the grievance/decision. The Grievant should maintain a copy of the appeal and grievance for their own record.

Inmate's name: James Bennett-Werra   I.D.# 1902435   Date sent: 7/3/2019

**Reason for Appeal:** My grievance decision given to me about the library was incorrect. Inmates on 1-5-2 unit Do Not have Access to the library in the 3 building like everyone else. We only get Access to a little Room on the 5th floor once a week on wensday Nights and the room contains Law books and very few regular books.

**Remedy:** We would like to be treated equal and have access to the real library in the 3 building. It is not a safety issue if the female inmates get to go there. This is clear and violates our Equal Protection clause and Discriminates against us because we are a protective custody. We should be Given 1 day a week to the 3 building library and keep our other 1 Day a week to the 5th floor. Or the Rooms we could go with 1-5-2 unit Just like we go to the yard together.

_James Bennett-Werra_                                               7/3/2019
Grievant Signature                                                    Date

***BELOW TO BE COMPLETED BY THE SUPERINTENDENT OR DESIGNEE***

Date Received: 7/9/19   Grievance # G190446 / G190474

Decision: D___/Resolved

Reason(s): Inmate tiers — to the library __ at the same time will be back to so __ the __ __ The library periods __ __ __

                                                                 8/1/19
Superintendent/desingee                                           Date

__ __ for __ to continue with

S491
3 pt G